IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE DANNY PRINCE, JR. | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-890-MEF |
| | ) | (WO) |
| CITY OF MONTGOMERY, ALABAMA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

This cause is presently before the Court on Plaintiff's Opposition to Removal of Civil Action (Doc. # 5), which this Court construes as a Motion to Remand. Plaintiff opposes the removal of this action because "the amount in controversy is less than $75,000.00, and there is no diversity of citizenship." Doc. 5 at 1. The Motion to Remand is due to be DENIED.

Plaintiff's counsel should have read the Notice of Removal more carefully. Contrary to Plaintiff's arguments, Defendants make no attempt to remove pursuant to 28 U.S.C. § 1332. Furthermore, Plaintiff's counsel admits that Plaintiff brings claims for alleged constitutional violations pursuant to federal statute. *See* Doc. # 5. Consequently, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that this Court has subject matter jurisdiction over all "civil actions arising under the Constitution, laws, or treaties of the United States." Before filing future pleadings with the Court, Plaintiff's counsel would be wise to review Federal Rules of Civil Procedure

11(b)(2) and 11(c). Therefore, it is hereby ORDERED that Plaintiff's Opposition to Removal of Civil Action (Doc. # 5), which this Court construes as a Motion to Remand, is DENIED.

Done this the 8th day of December, 2006.

/s/ Mark E. Fuller<br>
CHIEF UNITED STATES DISTRICT JUDGE